1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| ANDREW BRIGGS, | ) Case No.: 2:21-cv-05411-MAR |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES |
| KILOLO KIJAKAZI, | ) PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social Security, | ) U.S.C. § 1920 |
| Defendant | ) |

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $4,800.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE: October 18, 2022

23

24 THE HONORABLE MARGO A. ROCCONI
   UNITED STATES MAGISTRATE JUDGE

25
26

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3          /s/   *Steven G. Rosales*

    BY: _____
4        Steven G. Rosales
5        Attorney for plaintiff Andrew Briggs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26